OPINION — AG — **** LP GAS-TRANSPORTATION-CONSUMER-NO PERMIT **** A CONSUMER NEED NOT OBTAIN A PERMIT UNDER THE LP GAS ACT BEFORE TRANSPORTING LP GAS OVER PUBLIC ROADS OR HIGHWAYS TO HIS PROPERTY IN HIS TRANSPORT TRIALER WHICH HAS BEEN INSPECTED AND LICENSED UNDER THE ACT. CITE: 52 O.S. 1967 Supp., 420.3 [52-420.3](E), 52 O.S. 1967 Supp., 420.4 [52-420.4](D) DON TIMBERLAKE